UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
            - v. -                :
JOHN MELICHAREK,                  :    07 Cr. 907
    a/k/a "Rocky,"                :
MICHAEL IUNI,                     :
DOMINICK MEMOLI,                  :
    a/k/a "Shakes,"               :
ANGELO NICOSIA,                   :
LOUIS PIPOLO,                     :
DARDIAN CELAJ,                    :
    a/k/a "Danny," and            :
ENED GJELAJ,                      :
    a/k/a "Neddy,"                :
                                  :
            Defendants.           :
- - - - - - - - - - - - - - - - x



WHEREAS, the above-captioned indictment was returned on September 26, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 907 be unsealed.

Dated: New York, New York
       October 10, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK