# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

December 4, 2007

BY FACSIMILE & ECF
Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re: <u>United States v. John Melicharek</u>
          Client: Michel Iuni
            07 Cr. 907 (SAS)

Dear Judge Scheindlin:

      Please accept this letter as a request to modify the conditions of release for Michael Iuni so as to facilitate his attending to employment.

      On October 23, 2007 following hearing the court granted bail to Michael Iuni with conditions of release which included the following: $1,000,000.00 PRB secured by parents home and signed by defendant's parents, brother and sister; home detention with electronic monitoring; defendant to reside with his parents at his parent's home; voluntary out-patient drug treatment; defendant to travel to drug treatment program only."

      The defendant has been participating in the required Drug Treatment attending the Intensive Outpatient Program offered by Acme Acres three hour meetings three evenings weekly related in the annexed letter form Roberta L. Greene, CASAC. (Exhibit "A").

      The defendant has been employed for over five years as a Steelworker through assignments from Local 45. In that capacity his 2006 income was $63,000. The defendant had been employed at a job site located at 77 Hudson Street, Jersey City, New Jersey until two days prior to his arrest. As a result of the fire the job-site was temporarily closed and all the steelworkers laid off.

      Since the defendant's release on bond he has been offered a position at job sites upon which his former employer Broadway Concrete is operating in Jersey City and Queens, New York. (See Annexed Letter "B").

      At the time of the initial bail hearing before this Court the Court granted defendant the opportunity to renew his request to attend work upon demonstrating compliance with drug

Hon. Shira A. Scheindlin
December 4, 2007
Page 2

treatment and/or if he were to acquire an opportunity for employment that was closer to his place of home detention. At that time the government had voiced a concern that the defendant's travel on a daily basis from Mahopac, New York to Jersey City potentially created issues with which the government was uncomfortable.

Since that date, the defendant's brother, Louis Iuni, who is co-surety upon his bond and is likewise a Steel-worker has acquired employment with Broadway Concrete. The Company is prepared to assign both the defendant and his brother to a job-site located in Queens were the Court to modify the defendant's bail to permit him to work. Louis Iuni has agreed to drive the defendant to and from work on a daily basis. It is submitted that considering that Louis Iuni is a co-surety upon the bond and will be transporting the defendant to and from work to the location of home confinement the Court's initial concern with the distance involved can be appropriately addressed.

It is respectfully requested that Mr. Iuni's conditions of release be modified to permit him to leave his residence to attend work under these conditions. I have spoken with AUSA Benjamin Gruenstein and Pre-trial Officer Scott Kowal and both consent to his modification.

Respectfully submitted,

Alan Nelson

cc: AUSA Benjamin Gruenstein (ECF)