UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    **ECF CASE**

                               )

UNITED STATES OF AMERICA         )

                               )  **NOTICE OF APPEARANCE AND REQUEST**
            v.                  )    **FOR ELECTRONIC NOTIFICATION**
JOHN MELICHAREK, et. al         )         **07 Cr. 907 (SAS)**

                               )

        Defendant.         )

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York

             By:  _____/s/_____

                      Jonathan B. New
                      Assistant United States Attorney
                      (212) 637-1049
                      Jonathan.New@usdoj.gov