# ALAN M. NELSON
## ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

March 6, 2008

BY FACSIMILE & ECF

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v. John Melicharek
Client: Michel Iuni
07 Cr. 907 (SAS)

Dear Judge Scheindlin:

Please accept this letter as a request to modify the conditions of release for Michael Iuni so as to facilitate his meeting with his accountant for the purpose of preparing his 2007 Income Tax Returns for filing.

On October 23, 2007 following hearing the court granted bail to Michael Iuni with conditions of release which included the following: $1,000,000.00 PRB secured by parents home ~nd signed by defendant's parents, brother and sister; home detention with electronic monitoring; dere.'dant to reside with his parents at his parent's home ; voluntary out-patient drug treatment; defendant to travel to drug treatment program only."

His conditions of release were subsequently modified to facilitate Mr. Iuni attending employment as an iron worker 5 days per week at specified job sites in the New York City metropolitan area. The defendant has been fully compliant with all conditions of release

Mr. Iuini wishes to meet with his accountants, Tax On Time, Inc., located at 1902 Bergeline Avenue, Union City, N.J. on March 15, 2008 at 3:00 P.M.

It is proposed that Mr. Iuni's electronic monitoring be turned off between 1:30-6:30 P.M. to permit him to visit with his accountant. This would allow the defendant 90 minutes travel time in each direction from Mahopac, N.Y. to Union City , N.J. and two hours for meeting with his accountant.

Hon. Shira A. Scheindlin
March 6, 2008
Page 2

It is respectfully requested that Mr. Iuni's conditions of release be modified to permit him to leave his residence to attend to the preparation of his 2007 Income Tax Returns.  I have spoken with AUSA Elie Honig  and Pre-trial Officer Scott Kowal and both consent to this modification.

Respectfully submitted,

Alan Nelson

cc: AUSA Elie Honig (ECF)