# ALAN M. NELSON
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

June 12, 2008

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: <u>United States v. John Melicharek</u>
    Client: Michel Iuni
    07 Cr. 907 (SAS)

Dear Judge Scheindlin:

Following discussion with the Assistant United States Attorney Eli Honig and subject to the Court's approval the parties propose the following modifications of the conditions of release for Michael Iiuni.

On October 23, 2007 following hearing the court granted bail to Michael Iuni with conditions of release which included the following: $1,000,000.00 PRB secured by parents home and signed by defendant's parents, brother and sister; home detention with electronic monitoring; defendant to reside with his parents at his parent's home; voluntary out-patient drug treatment; defendant to travel to drug treatment program only."

On April 24, 2008 the court modified the conditions of Mr. Iuni's release retroactive to February to permit him to travel to his place of employment, a construction project at 99 Hudson Street, Jersey City, New Jersey where he works as an iron worker. To facilitate this Mr. Iuii has been fitted with a GPS tracking device. In addition, having completed an approved out-patient drug and alcohol program, Mr. Iuni was directed to comply with the drug treatment follow-up instructions of Probation.

Mr. Iuni has been compliant in all respects. Following discussion with the government the following modifications are proposed:

1. Electronic monitoring be eliminated and substituted with an electronic monitored curfew. The curfew would permit Mr. Iuni to leave for work from his parent's residence at 4:45 A.M. and return to the residence no later than 9:45 P.M. These greater hours are requested due to the fact that the defendant's responsibilities and the time demands at the construction site have at this stage of the project become significantly more demanding. Mr. Iuni is a steel worker and as such part of his responsibilities include the "topping off" of the building and the subsequent

dismantling of the crane at the job-site. The project has now reached the juncture where daily overtime, sometimes double shifts, and week-end employment is mandated as the topping off is completed and the crane dismantled. Therefore, it is proposed that the curfew described above be substituted for home confinement.

    2. Mr. Iuni shall be permitted to travel to the New Jersey shore residence of his sister Ann Marie Iuni, located in Spring Lake Heights to spend one week-end per month during June, July and August at her home in the presence of his family. Mr. Iuni will inform his Pre-trial Services Officer 48 hours in advance of the week-end selected. He shall be permitted to travel from the Jersey City construction site directly to his sister's home on the Friday and report directly to work in Jersey City that Monday. Upon arrival at work Mr. Iuni shall be required to contact his Pre-trial Services Officer by telephone to report and will then return to the curfew schedule outlined above.

    3. During week-ends Mr. Iuni shall be permitted on one day during the week-end if not at work to travel to a destination such as a beach or park within the Southern or Eastern District of New York with curfew restrictions from 8:00 A.M.-6:00 P.M. Mr. Iuni shall notify his PTS Officer no less than 48 hours prior to such trip of the destination and with whom he will traveling and shall inform his PTS Officer the identities of the individuals he was with at the location during his next scheduled meeting.

    4. Mr. Iuni shall be permitted to accompany his parents to locations within the Mahopac township to assist in errands during the weekends within the 8:00 A.M.-6:00 P.M. curfew period.

                                            Respectfully submitted,

                                                        Alan Nelson

cc: AUSA Eli Honig (ECF)