UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
           - v. -                 :    ORDER
                                  :
MICHAEL IUNI,                     :    S1 07 Cr. 907 (SAS)
                                  :
           Defendant.             :
                                  :
- - - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 13, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         June 30, 2008

HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE